1 | **WEISS & LURIE**
Jordan L. Lurie (130013)
2 | Leigh A. Parker (170565)
10940 Wilshire Boulevard, 23rd Floor
3 | Los Angeles, CA 90024
Telephone:   310/208-2800
4 | Facsimile:    310/209-2348
jlurie@weisslurie.com
5 | lparker@weisslure.com

6 | *Counsel for Plaintiff Jeffrey A. Rabin*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY A. RABIN, Derivatively on Behalf of Nominal Defendant KLA-TENCOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD W. BARNHOLT, H. RAYMOND BINGHAM, ROBERT J. BOEHLKE, ROBERT T. BOND, GARY E. DICKERSON, RICHARD J. ELKUS, JR., DENNIS J. FORTINO, JOHN H. KISPERT, KENNETH LEVY, ARTHUR P. SCHNITZER, KENNETH L. SCHROEDER, JON D. TOMPKINS, and LIDA URBANEK,<br><br>Defendants,<br><br>and<br><br>KLA-TENCOR CORPORATION,<br><br>Nominal Defendant. | Case No. C 06-4142 JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO REMAND**<br><br><br>CURRENT<br>HEARING DATE:   September 25, 2006<br>TIME:                          9:00 a.m.<br>COURTROOM:       Courtroom 8, 4th Floor<br>JUDGE:                      Hon. James Ware |

1  WHEREAS, this action was originally filed in Santa Clara County Superior Court on
2  June 2, 2006; and
3  WHEREAS, on July 3, 2006, defendants filed a Notice of Removal of this action to this
4  District; and
5  WHEREAS, on July 27, 2006, plaintiff Jeffrey A. Rabin filed a motion to remand this
6  action to Santa Clara County Superior Court; and
7  WHEREAS, plaintiff's motion originally was calendared for hearing on
8  September 11, 2006; and
9  WHEREAS, on August 3, 2006, this Court entered an order continuing the hearing date to
10 September 25, 2006; and
11 WHEREAS, plaintiff's counsel has a scheduling conflict on September 25, 2006; and
12 WHEREAS, the parties have conferred and agree to a brief continuance of the current
13 briefing and hearing schedule, subject to the Court's approval.
14 NOW THEREFORE, accordingly, the parties respectfully request that the Court enter an
15 order continuing the current briefing and hearing schedule as follows:
16 1. Defendants' opposition to plaintiff's motion to remand shall be filed and served no
17 later than September 18, 2006; and
18 2. Plaintiff's reply in support of his motion to remand shall be filed and served no
19 later than October 2, 2006; and
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

3. The hearing on plaintiff's motion to remand shall be continued to October 16, 2006 at 9:00 a.m.

IT IS SO STIPULATED.

DATED: August 31, 2006

**WEISS & LURIE**
Jordan L. Lurie (130013)
Leigh A. Parker (170565)

By: ____/s/____
Jordan L. Lurie
10940 Wilshire Boulevard, 23rd Floor
Los Angeles, CA 90024
Telephone: 310/208-2800
Facsimile: 310/209-2348

*Counsel for Plaintiff Jeffrey A. Rabin*

DATED: August 31, 2006

**MORGAN, LEWIS & BROCKIUS**
Franklin B. Gowdy (47918)
Michael J. Lawson (66547)
Joseph E. Floren (168292)
Benjamin P. Smith (197551)

By: ____/s/____
Joseph E. Floren
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: 415/442-1000
Facsimile: 415/442-1001

*Counsel for Defendants Edward W. Barnholt, H. Raymond Bingham, Robert J. Boehlke, Robert T. Bond, Gary E. Dickerson, Richard J. Elkus, Jr., Dennis J. Fortino, John H. Kispert, Kenneth Levy, Arthur P. Schnitzer, Kenneth L. Schroeder, Jon D. Tompkins and Lida Urbanek*

CERTIFICATION OF CONCURRENCE OF RULING

I certify that Joseph E. Floren concurs in the filing of this document.

____/s/____
Jordan L. Lurie

# ORDER

1. Defendants' opposition to plaintiff's motion to remand shall be filed and served no later than September 18, 2006; and

2. Plaintiff's reply in support of his motion to remand shall be filed and served no later than October 2, 2006; and

3. The hearing on plaintiff's motion to remand shall be continued to October 16, 2006 at 9:00 a.m.

DATED: 9/5/06

THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE