IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jeffrey Rabin, | NO. C 06-04142 JW |
|     Plaintiff, | **ORDER VACATING HEARING ON PLAINTIFF'S MOTION TO REMAND** |
| v. | |
| Edward W. Barnholt, et al., | |
|     Defendants. | |

The Court deems Plaintiff's Motion for Remand appropriate for submission on the papers. See Civ. L.R. 7-1(b). Accordingly, the hearing on October 16, 2006 is vacated. The parties shall appear for a Case Management Conference on **October 23, 2006 at 10 AM.**

Dated: October 11, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Benjamin P. Smith bpsmith@morganlewis.com
Franklin Brockway Gowdy fgowdy@morganlewis.com
Jordan L. Lurie info@wllawca.com
Joseph Edward Floren jfloren@morganlewis.com
Leigh A. Parker info@wllawca.com
Michael John Lawson michael.lawson@morganlewis.com

**Dated:  October 11, 2006**                                         **Richard W. Wieking, Clerk**

                                                                  **By:  /s/ JW Chambers            **
                                                                        **Elizabeth Garcia**
                                                                        **Courtroom Deputy**